FILED

NOV 20 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PALLOTTA, MICHAEL PALLOTTA, MIKAYLA PALLOTTA, guardian ad litem, ROBERT PALLOTTA, and JESSICA PALLOTA, guardian ad litem, ROBERT PALLOTTA, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO, TIM DUREL, and RICHARD NIELSON, <br><br> Defendants. | No. 2:03-cv-00187-MCE-DAD <br><br><br><br><br><br><br> **ORDER FOR RELEASE OF FUNDS** |

IT IS HEREBY ORDERED, the sum of $22,000.00 be released to ROBERT PALLOTTA, Guardian ad Litem, for the benefit of MIKAYLA PALLOTA, forthwith from the Court-Ordered Blocked Account in the name of MIKAYLA PALLOTTA located at the California Bank & Trust, Sacramento Main Branch, 1331 Broadway, Sacramento, California 95818.

DATED: 11/20/2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE